Della M. Seager, as administrators, etc., against the Fall Brook Coal Company. No opinion. Judgment and order affirmed, with costs.

WILSON, Appellant, v. BROWN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Ida E. Wilson against Harvey W. Brown and George H. Perkins. No opinion. Judgment affirmed, with costs.

WOODWORTH et al., Appellants, v. CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Chauncey B. Woodworth and others against the city of Rochester. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

WOOLEY v. BUHLER.. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by Jennie B. Wooley against William Buhler. No opinion. Motion granted, with $10 costs.

WOOLLEY v. CUNNINGHAM. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by Albert H. Woolley against Margaret M. Cunningham. No opinion. Motion denied, with $10 costs.

YELLOW PINE CO., Appellant, v. HALL et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 9, 1897.) Action by the Yellow Pine Company against Perry E. Hall and another. No opinion. Order reversed, with $10 costs and disbursements, unless within 10 days defendants pay plaintiff the costs taxed in the original judgment roll. On making such payment, order affirmed, without costs.

ZIMMERMAN, Respondent, v. BROOKLYN EL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 16, 1897.) Action by Friedericke Zimmerman against the Brooklyn Elevated Railroad Company. No opinion. Judgment and order reversed and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce the recovery of damages to $2,500, with proportionate part of extra allowance, in which case judgment as modified is unanimously affirmed, without costs.

TOWN OF OWEGO, Respondent, v. TOWN OF TIOGA, Appellant. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Judgment reversed, and complaint dismissed, with costs. See Town of Candor v. Town of Tioga, 42 N. Y. Supp. 911.